1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| RYAN CHRISTOPHER FULSOM, ) | NO. ED CV15-550-PSG (AS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| J. SOTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

11
12
13
14
15
16
17

  Pursuant to the Order Accepting Findings, Conclusions and

18

Recommendations of United States Magistrate Judge,

19
20

  IT IS ADJUDGED that the Petition is denied and dismissed with

21

prejudice.

22
23

   DATED:  September 4, 2015

24
25
26
27

      _____
       PHILIP S. GUTIERREZ
      UNITED STATES DISTRICT JUDGE

28